

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLENNIUM TGA, INC., | Case: 1:12-mc-00357 |
| Plaintiff, | Assigned To : Howell, Beryl A. |
| | Assign. Date : 6/28/2012 |
| v. | Description: Miscellaneous |
| JOHN DOE, | [Case pending in the U.S. District Court for the Southern District of Texas, |
| Defendant. | No. 4:11-cv-4501] |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Millennium TGA, Inc. does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Millennium TGA, Inc.

DATED: June 19, 2012

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

