UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLENNIUM TGA, INC., ) | |
| ) | CASE NO.   1:12-mc-00357-BAH |
| Petitioner, ) | |
| ) | Judge: Honorable Beryl A. Howell |
| v. ) | |
| ) | |
| CEBRIDGE CONNECTIONS, LLC, ) | [Case pending in the U.S. District Court |
| ) | for the Southern District of Texas |
| Respondent. ) | No. 4:11-cv-4501] |
| _____) | |

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

The Court has reviewed Petitioner's Motion to Compel Compliance with Subpoena, all the papers filed in connection with the motion, and the relevant case law. Accordingly it is hereby

**ORDERED** that Petitioner's Motion to Compel Compliance with Subpoena is **GRANTED**; it is further

**ORDERED** that within 30 days of the signing of this Order, CEQUAL III COMMUNCIATIONS II, LLC d/b/a CEBRIDGE COMMUNICATIONS ("Cebridge") shall provide Petitioner with the information Petitioner sought in the subpoena that Petitioner has served upon Cebridge; it is further

**ORDERED** that Cebridge shall comply with Petitioner's subpoena served upon it in the manner set forth in the February 23, 2012 Order granting Petitioner's expedited discovery motion (*Millennium TGA, Inc. v. Doe*, No. 4:11-cv-4501 4501 (S.D. Tex. Feb. 9, 2012), ECF No. 6.), except that the date of compliance shall be the date set forth in this Order.

DATE: _____        _____
                                                          United States District Judge