UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MILLENNIUM TGA, INC.,**

      **Plaintiff,**

      v.

**JOHN DOE,**

      **Defendant.**

Misc. Action No. 12-357 (JMF)

## ORDER

    Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola pursuant to LCvR 72.2 for resolution.

    Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. The law clerk assigned to this action is: **Andrew Christy, Esq. at 202/354-3135.**

February 10, 2014
cc:    Counsel
        Judge
        Files
        Chambers

            /S/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE