IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILLENNIUM TGA, INC.,

    *Plaintiff*,

v.

JOHN DOE,

    *Defendant.*

No. 1:12-mc-00357 (JMF)

**NON-PARTY CEQUEL III COMMUNICATIONS II, LLC
d/b/a CEBRIDGE CONNECTIONS'
NOTICE OF COMPLIANCE WITH COURT ORDERS
DATED AUGUST 14, 2012 AND FEBRUARY 10, 2014**

Non-party Cequel III Communications II, LLC d/b/a Cebridge Connections ("Cebridge"), by and through counsel, hereby gives notice of compliance with this Court's August 14, 2012, Order (Dkt. 10) denying Plaintiff Millennium TGA, Inc.'s ("Plaintiff's" or "Millennium TGA's") motion to compel, quashing Plaintiff's subpoena and directing Cebridge to disclose the city and state of residence of its subscribers whose IP addresses were listed in the Subpoena. Cebridge also hereby gives notice of compliance with the Court's most recent Minute Order of February 10, 2014.

On September 11, 2012, undersigned counsel for Cebridge delivered the aforementioned residence information to Plaintiff by electronic and U.S. Mail. Of the 10 subscribers whose IP addresses were listed, Cebridge was able to give definitive locations for 8, with 2 of the IP addresses unable to be linked to a Cebridge subscriber. (*See* Letter to counsel attached as Exhibit A, hereto). While geo-location could determine city and state for those 2 IP addresses, Cebridge would not be able provide any definitive subscriber information for those IP addresses.

Dated:  February 11, 2014

                                        Respectfully submitted,

                                        /s/ *John D. Seiver*
                                        John D. Seiver
                                        Leslie G. Moylan
                                        Lisa B. Zycherman
                                        **DAVIS WRIGHT TREMAINE LLP**
                                        1919 Pennsylvania Ave., N.W., Suite 800
                                        Washington, DC 20006
                                        (202) 973-4200

                                        *Counsel for Non-Party Cebridge Cable*
                                        *Communications Management, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of February 2014, true and correct copies of the foregoing document was served via ECF and U.S. Mail upon all counsel of record:

Record address:

Paul A. Duffy
John L. Steele
161 N. Clark Street
Suite 3200
Chicago, IL 60601
(312) 880-9160
Fax: (312) 893-5677
Email: paduffy@wefightpiracy.com

Alternate newer addresses:

Paul Duffy
Duffy Law Group
2 N. LaSalle Street, 13thFloor
Chicago, IL 60602 312-952-6136
pduffy@pduffygroup.com

John Steele
1111 Lincoln Road Suite 400
Miami Beach, FL 33139
johnlsteele33140@gmail.com

/s/ *John D. Seiver*
John D. Seiver