# E X H I B I T   A

 **Davis Wright Tremaine** LLP

Suite 800
1919 Pennsylvania Avenue, NW
Washington, DC  20006-3401

**John D. Seiver**
**202.973.4212 Direct Telephone**
**202.973.4412 Direct Fax**
202-973-4200 Main Telephone
202.973.4499 Main Fax
johnseiver@dwt.com

September 11, 2012

**VIA E-MAIL AND U.S. MAIL**
*paduffy@wefightpiracy.com*
*pduffy@pduffygroup.com*
*subpoena@wefightpiracy.com*

Paul Duffy
Prenda Law Inc.
161 N Clark Street, Suite 3200
Chicago, Illinois 60601

> **Re:**   *Millennium TGA, Inc. v. Doe*
> **Misc. Action No. 12-mc-00357 (RLW)**
> **Underlying civil action pending in Case No. 4:11-cv-4501 (S.D. Tex.)**
> **Subpoena to Cequel/Suddenlink (D.D.C.)**

Dear Mr. Duffy:

On August 14, 2012, the U.S. District Court for the District of Columbia's issued an order denying Millennium TGA Inc.'s motion to compel Cebridge Connections, LLC d/b/a Suddenlink Communications ("Suddenlink") to identify its subscribers listed in Exhibits A and B to the Complaint in the above-captioned proceeding pending in the Southern District of Texas. Instead, Judge Wilkins ordered Suddenlink to provide Millennium only the city and state of residence of its subscribers whose identities were sought in the subpoena.  Pursuant to that order, Suddenlink hereby provides Millennium with the following city and state of residence information for the Suddenlink subscribers listed in Exhibits A and B of the Complaint.

| IP Address | City, State |
|---|---|
| 173.218.80.33 | Ozark, MO |
| 173.80.29.180 | Beckley, WV |
| 209.33.1.69 | Jeanerette, LA |
| 24.121.104.173 | No information |
| 74.192.247.135 | Tyler, TX |
| 24.32.68.103 | No Information |
| 74.192.11.237 | Bryan, TX |
| 74.195.126.31 | San Angelo, TX |
| 74.197.212.119 | Abilene, TX |
| 74.197.79.253 | Abilene, TX |

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

Paul Duffy
September 11, 2012
Page 2

Pursuant to this production, Suddenlink has fully complied with Judge Wilkins' order and has no further obligation to respond to the subpoena served on Suddenlink in the above-referenced action.

Very truly yours,

John D. Seiver

cc:    Suddenlink